JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO EFREN SANTOS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. JOHNSON,<br><br>Defendant. | Case No. 5:26-cv-05758-SB-KES<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order conditionally granting the habeas petition, the government is enjoined from continuing to detain Petitioner Bruno Efren Santos Gonzalez, A 221-462-906, unless he is provided with an individualized bond hearing no later than October 14, 2026.

This is a final judgment.

Date: October 7, 2026

Stanley Blumenfeld, Jr.
United States District Judge